UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   2:24cv08682 CAS (MARx)                                              Date: September 10, 2025

Title   *ALLIANZ GLOBAL RISKS US INSURANCE COMPANY v. BENCHMARK TRADE SOLUTIONS, INC.; ET AL.*

Present: The Honorable: **CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE**

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **(IN CHAMBERS) – ORDER TO SHOW CAUSE**

**IT IS HEREBY ORDERED** that **THIRD-PARTY PLAINTIFF** show cause in writing not later than **September 25, 2025** why this action should not be dismissed for lack of prosecution **as to THIRD-PARTY DEFENDANT SPEEDY, SAFE AND SURE LOGISTICS, LLC.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Third-Party Plaintiff is advised that the Court will consider a corrected proof of service of summons and third-party complaint on **third-party defendant SPEEDY, SAFE AND SURE LOGISTICS, LLC** on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | CMJ |